IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL TODD, ADC #093500**                                               **PLAINTIFF**

v.                    Case No. 4:17-cv-00805-KGB

**CHRISTI MCQUEEN,** *et al*.                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael Todd's complaint is dismissed. The Court dismisses with prejudice Mr. Todd's claims against separate defendants Christi McQueen, Phillip Harris, Justin Crane, and James Singleton. The Court dismisses without prejudice all of Mr. Todd's other claims. The relief sought is denied.

So adjudged this 16th day of May, 2018.

_____
Kristine G. Baker
United States District Judge